## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **STEPHEN WING** AND | ) | |
| **ROBERT AYER,** | ) | |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 1:10-cv-414-DBH** |
| | ) | |
| **DENNIS PIKE** *as Franklin County* | ) | |
| *Sheriff, Franklin County, Maine,* | ) | |
| ET AL., | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 18, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, her Recommended Decision on Motion for Judgment on the Pleadings and for Summary Judgment. The time within which to file objections expired on September 6, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Judgment on the pleadings as to Count I of the Complaint is **GRANTED** to all defendants except defendants Wyman and Quick. Also **GRANTED** is the summary judgment motion on the federal constitutional claims filed on behalf of all defendants except for the defendants Wyman and Quick who are not current summary judgment movants.

SO ORDERED.

DATED THIS 8TH DAY OF SEPTEMBER, 2011

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**